UNITED STATES DISTRICT COURT

2008 JAN 17 P 3: 01 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR0156 DMS |
| | CRIMINAL NO. 08MJ8999 |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| Caesar Alfonso Dilan | Booking No. |
| Defendant(s) | |

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gerardo Guzman-Maya

DATED: 1/17/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95